Robert F. Tyson, Jr. Esq. (Bar No. 147177)
Kristi Blackwell, Esq. (Bar No. 253967)
Terra M. Affourtit, Esq. (Bar No. 292677)
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 459-4400

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE BARRETT,<br><br>   Plaintiff,<br><br>   v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 to 15, inclusive,<br><br>   Defendants. | Case No. **'21CV1521 MMABGS**<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Costco Wholesale Corporation discloses it is a publicly traded company. No publicly held corporation owns 10% or more of Costco Wholesale Corporation's stock.

Dated:  August 27, 2021      TYSON & MENDES LLP
                             By: _/s/ Kristi Blackwell_
                             ROBERT F. TYSON
                             KRISTI BLACKWELL
                             TERRA M. AFFOURTIT
                             Attorneys for Defendant
                             COSTCO WHOLESALE CORPORATION