UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE BARRETT,<br><br>                         Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 15,<br><br>                        Defendants. | Case No. 21-cv-1521-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 10] |

On February 9, 2022, Plaintiff Margie Barrett and Defendant Costco Wholesale Corporation filed a joint motion to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: February 10, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge